**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

DAVID CHARLES GRUSCH,

        Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
DEFENSE,

        Defendant.

No. 1:26-cv-607 (LMB/WEF)

**FIRST JOINT STATUS REPORT**

On March 2, 2026, Plaintiff initiated this action under the Freedom of Information Act ("FOIA") against the Department of Defense ("DoD") to obtain records requested from a September 30, 2024 FOIA request. *See generally* Dkt. 2. Plaintiff generally seeks records submitted to the Office of the Senior Intelligence Oversight Official during the period between April 1, 2023 through December 31, 2023, regarding any "unauthorized disclosure complaint" concerning: (1) Mr. David Charles Grusch; and (2) "unauthorized disclosures" that include the key terms "'unidentified aerial phenomenon', 'unidentified anomalous phenomenon', and/or the acronyms 'UAP' or 'UFO.'" *See generally* Dkt. 9-1.

To provide DoD with additional time to complete the processing of Plaintiff's FOIA request, the parties jointly moved for a 90-day stay of the proceedings on April 7, 2026. Dkt. 21. The Court granted that motion on the same day and also ordered the parties to submit joint status reports every thirty days from the date of the Order. Dkt. 22. The stay in this matter, absent any enlargement, is set to expire on July 6, 2026. Consistent with this Court's Order, the parties provide the following report on the status of the matter:

1

At the time of the parties' motion to stay the proceedings, DoD had not yet completed its search for responsive records to Plaintiff's FOIA request on its classified file systems. DoD has now completed that search and did not find any records that were responsive to Plaintiff's FOIA request.

Additionally, DoD has an update concerning the 30-40 pages of records responsive to Plaintiff's request that DoD located on its unclassified servers. DoD has deemed 39 pages of records to be responsive to Plaintiff's FOIA request. Those records are now undergoing final coordination and review. DoD anticipates making a release of some (if not all) of these 39 pages within the next few weeks.

The parties will submit their next status report on June 8, 2026.

Dated: May 7, 2026

Respectfully Submitted,

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

_____/s/_____
Anthony I. Shin, VSB#85335
Basil M. Al-Qaneh, VSB#99933
SHIN LAW OFFICE, PLC
118 Edwards Fairy Rd., N.E., Ste. 110
Leesburg, Virginia 20176
Tel:    (571) 445-6565
Fax:    (703) 442-8938
Email: shin@shinlawoffice.com
        basil@shinlawoffice.com

Huntington M. Willis
MARTIN & JONES, PLLC
4140 Parklake Avenue, Ste. 400
Raleigh, North Carolina 27612
Tel:    (919) 821-0005
Fax:    (919) 863-6086
Email: hmw@m-j.com
(Admitted *Pro Hac Vice*)

*Counsel for Plaintiff*

_____/s/_____
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia, 22314
Tel:    (703) 299-3741
Fax:    (703) 299-3983
Email: Matthew.Mezger@usdoj.gov

*Counsel for Defendant*

2