**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| DAVID CHARLES GRUSCH, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, <br><br> Defendant. | No. 1:26-cv-607 (LMB/WEF) |

**SECOND JOINT STATUS REPORT**

On March 2, 2026, Plaintiff initiated this action under the Freedom of Information Act ("FOIA") against the Department of Defense ("DoD") to obtain records requested from a September 30, 2024 FOIA request. *See generally* Dkt. 2. Plaintiff generally seeks records submitted to the Office of the Senior Intelligence Oversight Official during the period between April 1, 2023 through December 31, 2023, regarding any "unauthorized disclosure complaint" concerning: (1) Mr. David Charles Grusch; and (2) "unauthorized disclosures" that include the key terms "'unidentified aerial phenomenon', 'unidentified anomalous phenomenon', and/or the acronyms 'UAP' or 'UFO.'" *See generally* Dkt. 9-1.

To provide DoD with additional time to complete the processing of Plaintiff's FOIA request, the parties jointly moved for a 90-day stay of the proceedings on April 7, 2026. Dkt. 21. The Court granted that motion on the same day and also ordered the parties to submit joint status reports every thirty days from the date of the Order. Dkt. 22. The stay in this matter, absent any enlargement, is set to expire on July 6, 2026. Consistent with this Court's Order, the parties

1

provided their first status report on May 5, 2026 (Dkt. 23). The parties now provide the following report on the status of the matter:

On May 18, 2026, DoD released forty pages of records in connection with Plaintiff's FOIA request. DoD made redactions to the records pursuant to FOIA exemptions (b)(5) and (b)(6). That release marked the completion of DoD's processing of Plaintiff's request.

At this time, the parties are conferring as to what, if any, issues may remain in the case. Should issues remain, the parties will strive to resolve them without judicial intervention. To the extent judicial intervention becomes necessary, the parties will propose a briefing schedule to resolve the matter on cross-motions for summary judgment.

The parties will submit their next status report on July 6, 2026. For the Court's awareness, the stay in this matter is set to expire on July 6, 2026.

//

//

//

Dated: June 8, 2026

Respectfully Submitted,

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

<table>
<tr><td>

_____/s/_____
Anthony I. Shin, VSB#85335
Basil M. Al-Qaneh, VSB#99933
SHIN LAW OFFICE, PLC
118 Edwards Fairy Rd., N.E., Ste. 110
Leesburg, Virginia 20176
Tel:    (571) 445-6565
Fax:    (703) 442-8938
Email: shin@shinlawoffice.com
        basil@shinlawoffice.com

Huntington M. Willis
MARTIN & JONES, PLLC
4140 Parklake Avenue, Ste. 400
Raleigh, North Carolina 27612
Tel:    (919) 821-0005
Fax:    (919) 863-6086
Email: hmw@m-j.com
(Admitted *Pro Hac Vice*)

*Counsel for Plaintiff*

</td><td>

_____/s/_____
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia, 22314
Tel:    (703) 299-3741
Fax:    (703) 299-3983
Email: Matthew.Mezger@usdoj.gov

*Counsel for Defendant*

</td></tr>
</table>

3