**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| DAVID CHARLES GRUSCH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendant. | No. 1:26-cv-607 (LMB/WEF) |

**THIRD JOINT STATUS REPORT**

On March 2, 2026, Plaintiff initiated this action under the Freedom of Information Act ("FOIA") against the Department of Defense ("DoD") to obtain records requested from a September 30, 2024 FOIA request. *See generally* Dkt. 2. Plaintiff generally seeks records submitted to the Office of the Senior Intelligence Oversight Official during the period between April 1, 2023 through December 31, 2023, regarding any "unauthorized disclosure complaint" concerning: (1) Mr. David Charles Grusch; and (2) "unauthorized disclosures" that include the key terms "'unidentified aerial phenomenon', 'unidentified anomalous phenomenon', and/or the acronyms 'UAP' or 'UFO.'" *See generally* Dkt. 9-1.

To provide DoD with additional time to complete the processing of Plaintiff's FOIA request, the parties jointly moved for a 90-day stay of the proceedings on April 7, 2026. Dkt. 21. The Court granted that motion on the same day and also ordered the parties to submit joint status reports every thirty days from the date of the Order. Dkt. 22. The stay in this matter, absent any enlargement, is set to expire on July 6, 2026. Consistent with this Court's Order, the parties

1

provided their first status report on May 5, 2026 (Dkt. 23) and their second status report on June 8, 2026 (Dkt. 24). The parties now provide the following report on the status of the matter:

On June 16, 2026, Plaintiff sent a letter to DoD identifying deficiencies in DoD's final response to his FOIA request. Generally speaking, Plaintiff raised matters pertaining to DoD's search, requested a *Vaughn* index for all redactions, and requested that a redaction concerning one employee be removed. On June 26, 2026, DoD responded to Plaintiff's letter, provided a *Vaughn* index to Plaintiff, and re-released two pages of records. The parties continue to discuss whether they are at an impasse concerning any of the matters identified in Plaintiff's June 16, 2026 letter. To facilitate the parties' productive discussions, which have already narrowed the number of issues in dispute in this case, the parties would benefit from an enlargement of the stay. Should the parties reach an impasse in their discussions, they will propose a briefing schedule to resolve the matter on cross-motions for summary judgment.

As the parties noted in their second joint status report, the Court's originally issued stay expires on July 6, 2026. Given the parties' efforts to resolve this case without significant judicial intervention and that they have reduced the number of matters at issue in the case, the parties respectfully request a 30-day enlargement of the stay. A proposed order is attached for the convenience of the Court.

//

//

//

2

Dated: July 1, 2026

Respectfully Submitted,

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

/s/

Anthony I. Shin, VSB#85335
Basil M. Al-Qaneh, VSB#99933
SHIN LAW OFFICE, PLC
118 Edwards Fairy Rd., N.E., Ste. 110
Leesburg, Virginia 20176
Tel:     (571) 445-6565
Fax:     (703) 442-8938
Email: shin@shinlawoffice.com
            basil@shinlawoffice.com

/s/

MATTHEW J. MEZGER
Assistant United States Attorney
Office of the U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia, 22314
Tel:     (703) 299-3741
Fax:     (703) 299-3983
Email:  Matthew.Mezger@usdoj.gov

*Counsel for Defendant*

Huntington M. Willis
MARTIN & JONES, PLLC
4140 Parklake Avenue, Ste. 400
Raleigh, North Carolina 27612
Tel:     (919) 821-0005
Fax:     (919) 863-6086
Email:  hmw@m-j.com
(Admitted *Pro Hac Vice*)

*Counsel for Plaintiff*

3