**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| DAVID CHARLES GRUSCH, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, <br><br> Defendant. | No. 1:26-cv-607 (LMB/WEF) |

## [Proposed] ORDER

This matter comes before the Court on the Parties' Third Joint Status Report. Upon consideration thereof and for good cause shown, it is hereby:

ORDERED that the instant action is STAYED for an additional thirty (30) days from July 6, 2026; and it is hereby

ORDERED that the parties shall another status report with the Court on or before August 5, 2026.


Dated: _____