**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

DAVID CHARLES GRUSCH,

        Plaintiff,

      v.

UNITED STATES DEPARTMENT OF
DEFENSE,

        Defendant.

No. 1:26-cv-607 (LMB/WEF)

**[Proposed] ORDER**

This matter comes before the Court on the Parties' Fourth Joint Status Report. Upon consideration thereof and for good cause shown, it is hereby:

ORDERED that the following briefing schedule for cross motions for summary judgment shall apply in this case:

A.     Defendant shall file its motion for summary judgment on or before September 21, 2026;

B.     Plaintiff shall file his opposition brief any and combined cross-motion for summary judgment on or before October 12, 2026;

C.     Defendant shall file its reply brief and any combined opposition to Plaintiff's cross-motion for summary judgment on or before October 26, 2026;

D.     If Plaintiff cross moves for summary judgment, any reply brief in support of Plaintiff's motion shall be filed on or before November 9, 2026.

It is so ORDERED.

Dated: _____