IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| DAVID CHARLES GRUSCH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendant. | ) | 1:26-cv-607 (LMB/WEF) |

ORDER

Given that this civil action will likely be resolved on the parties' cross motions for summary judgment, to which a briefing schedule has already been set, the Court finds that there is no need for a Final Pretrial Conference. Accordingly, it is hereby

ORDERED that the Final Pretrial Conference, currently set for 10:00 am on Friday, August 21, 2026, be and is CANCELLED.

The Clerk is directed to forward a copy of this Order to counsel of record,.

Entered this 20th day of August, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge