**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| DAVID CHARLES GRUSCH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendant. | No. 1:26-cv-607 (LMB/WEF) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, through its undersigned counsel, respectfully submits this motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: September 21, 2026

Respectfully submitted,

TODD W. BLANCHE
Attorney General

THEOPHANI K. STAMOS
First Assistant United States Attorney

*By*: /s/

MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: (703) 299-3741
Fax: (703) 299-3982
Email: matthew.mezger@usdoj.gov

*Counsel for Defendant*