# DEX 2

DEPARTMENT OF WAR
OFFICE OF GENERAL COUNSEL
1600 DEFENSE PENTAGON
WASHINGTON, D.C. 20301-1600

Ref: 25-FP-0002
Case: 1:26-cv-607

Martin & Jones
Attn: Huntington M. Willis
4140 Parkland Ave, Suite 400
Raleigh, NC 27612

Via Email: hmw@m-j.com

May 18, 2026

Dear Mr. Willis:

The Department of War ("DoW" or "Department of Defense" or "DoD"), Office of Information Counsel, is providing its response to your September 30, 2024, Freedom of Information Act (FOIA) / Privacy Act request, assigned the case number 25-FP-0002, seeking the following:

1. Any documents, reports, correspondence, records of complaints, or any documents containing information related to, any "unauthorized disclosure complaint" submitted to the office of the Senior Intelligence Oversight Official ("DOD SIOO"), including but not limited to, Mr. Mark Dupont, during the period of April 1, 2023, through December 31, 2023, related to any "unauthorized disclosures" regarding Mr. David Charles Grusch; and

2. Any documents, reports, correspondence, records of complaints, or any documents containing information related to, any "unauthorized disclosure complaint" submitted to the office of the Senior Intelligence Oversight Official ("DOD SIOO"), including but not limited to, Mr. Mark Dupont, during the period of April 1, 2023, through December 31, 2023, related to any "unauthorized disclosures" that also include the key terms "unidentified aerial phenomenon", "unidentified anomalous phenomenon", and/or the acronyms "UAP" or "UFO".

Please find enclosed forty (40) pages determined to be responsive. Some information has been withheld in part from release under Title 5 U.S.C. § 552 (b)(5), which applies to internal documents that part of the decision-making process and contain subjective evaluations, opinions and recommendations and/or attorney-client or attorney work product privileges; and 5 U.S.C. § 552 (b)(6), which allows for withholding information that if disclosed, would result in a clearly unwarranted invasion of the personal privacy of individual.

All non-exempt material that is reasonably segregable from exempt material has been enclosed. In addition, DoW has conducted a foreseeable harm analysis under the FOIA Improvement Act of 2016.

This is DoW's final response for this request. DoW has processed and released all responsive, non-exempt records resulting from the searches it conducted for this request. If you have any questions, please contact Assistant United States Attorney Matthew Mezger at 703-299-3741 or Matthew.Mezger@usdoj.gov.

Sincerely,

Joseph Nichols
Associate Deputy General Counsel

Enclosure: As stated