**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| DAVID CHARLES GRUSCH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendant. | No. 1:26-cv-607 (LMB/WEF) |

**DEFENDANT'S NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, November 20, 2026, at 10:00am as soon thereafter as this Court's business allows, Defendant will bring on for hearing its motion for summary judgment. In the event that Plaintiff elects not to cross-move for summary judgment, thereby altering the anticipated briefing schedule (Dkt. 28), the parties will confer and provide hearing dates for the Court other Fridays that occur after October 26, 2026 and before November 20, 2026.

//

//

//

Dated: September 21, 2026

Respectfully submitted,

TODD W. BLANCHE
Attorney General

THEOPHANI K. STAMOS
First Assistant United States Attorney

*By*: ____________/s/___________

MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: (703) 299-3741
Fax: (703) 299-3982
Email: matthew.mezger@usdoj.gov

*Counsel for Defendant*