**(b) (6) [redacted] CIV OSD OATSD (PCLT) (USA)**

| | |
|---|---|
| **From:** | Dupont, Mark D SES OSD OATSD (PCLT) (USA) |
| **Sent:** | Friday, October 20, 2023 10:35 AM |
| **To:** | (b) (6) [redacted] CIV OSD OATSD (PCLT) (USA) |
| **Subject:** | FW: Tasker(s) Assigned by CMD (b) (6) [redacted] \| SUSP 11/2/2023 \| CATMS-191023-B2HM \| INVESTIGATION STATUS UPDATE |
| **Attachments:** | OSD008600-23 CONGRESSIONAL INCOMING.pdf |
| **Signed By:** | (b) (6) [redacted] |

(b) (6) [redacted]

Can you (b) (5) [redacted] It's about a DoD IG referral.

Mark

---

**From:** OSD Pentagon OATSD PCLT Mailbox CATMS Group Box (b) (6) [redacted]
**Sent:** Friday, October 20, 2023 10:06 AM
**To:** Dupont, Mark D SES OSD OATSD (PCLT) (USA) (b) (6) [redacted]; (b) (6) [redacted] CIV OSD OATSD (PCLT) (USA) (b) (6) [redacted]
**Cc:** Chung, Joo Y SES OSD OATSD (PCLT) (USA) (b) (6) [redacted]; (b) (6) [redacted] CIV OSD OATSD (PCLT) (USA) (b) (6) [redacted]; (b) (6) [redacted] CTR OSD OATSD (PCLT) (USA) (b) (6) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD\ (b) (6) [redacted] | SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

ALCON,

We just received this congressional tasker via CATMS for our prompt response. (b) (6) (b) (5) (b) (5), (b) (6) [redacted]

V/r,

(b) (6) [redacted]
Executive Assistant
Office of the Assistant to the Secretary of Defense
for Privacy, Civil Liberties, and Transparency
Department of Defense
Phone: (b) (6) [redacted]
E-mail: (b) (6) [redacted]

---

**From:** Admin, CATMS (b) (6) [redacted]
**Sent:** Friday, October 20, 2023 9:58 AM
**To:** OSD Pentagon OATSD PCLT Mailbox CATMS Group Box (b) (6) [redacted]
**Cc:** OSD Pentagon OASD LA Mailbox Coordinations (b) (6) [redacted]
**Subject:** Tasker(s) Assigned by CMD\ (b) (6) [redacted] | SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

Either a new Tasker has been assigned to you or an existing Tasker assignment has been updated with additional information. Click the appropriate link to your assignment in either the OPR or OCR list below to access your copy of the Tasker.

Priority: Normal
Category: General
Action: None

Subject: INVESTIGATION STATUS UPDATE
Task Initiator: CMD
Response Type: RD-Reply Direct
Suspense: 11/2/2023

OPR: PCT
OPR Suspense: 11/2/2023
OPR Instructions:
CATMS Package ID: OSD008600-23 | Action ID: CMD011453-23
Action Request Type: Congressional Incoming

"REQUIRED COORDS: (b) (5) [redacted]

For Release: No
For Response: No

OCRs: N/A
OCR Suspense: 11/2/2023
OCR Instructions:
N/A

Info Copies: (b) (5) [redacted]

Original Instructions:
CATMS Package ID: OSD008600-23 | Action ID: CMD011453-23
Action Request Type: Congressional Incoming

"REQUIRED COORDS: (b) (5) [redacted]

TMT Home

**From:** (b) (6) [redacted] (b) (6) [redacted]
**Sent:** Tuesday, October 17, 2023 8:55 AM
**To:** OSD Pentagon OASD LA Mailbox Constituent Inquiries (b) (6) [redacted]
**Subject:** Whistleblower Reprisal Investigation

Good morning,

On July 26, 2023, the House Oversight and Accountability Subcommittee on National Security, the Border, and Foreign Affairs held a hearing on Unidentified Anomalous Phenomena (UAPs). During the hearing, Air Force veteran and former intelligence officer, Mr. David Grusch, testified he faced retaliation for his decision to be a whistleblower through the PPD-19 process with ICIG. There is an ongoing whistleblower reprisal investigation on Mr. Grusch's behalf with DoD IG Whistleblower Reprisal Investigations (WRI). Since the hearing, it has come to Rep. Burchett's (TN-02) attention of the existence of a June 2023 Unauthorized Disclosure Complaint filed with your office, ATSD(IO), by an individual or organization within the United States Air Force (USAF). Rep. Burchett would like to verify the existence and disposition

of the USAF complaint and any other complaints that may have been filed against Mr. Grusch by other parties. Furthermore, has your office provided this information to the DoD IG WRI staff for evaluation? Please let me know if you have any questions, and he would appreciate a prompt response. Thank you!

Respectfully,

(b) (6) [redacted]
Legislative Assistant | Rep. Tim Burchett (TN-02)
1122 Longworth House Office Building
(b) (6) [redacted]
Facebook | Twitter | Instagram | Website

***Sign up to receive Rep. Burchett's e-newsletter here!***

**(b) (6) [redacted] CIV OSD OATSD (PCLT) (USA)**

| | |
|---|---|
| **From:** | Dupont, Mark D SES OSD OATSD (PCLT) (USA) |
| **Sent:** | Friday, October 20, 2023 10:41 AM |
| **To:** | Garrison, Marguerite C SES DODIG (USA) |
| **Subject:** | FW: Tasker(s) Assigned by CMD\(b) (6) [redacted] SUSP 11/2/2023 \| CATMS-191023-B2HM \| INVESTIGATION STATUS UPDATE |
| **Attachments:** | OSD008600-23 CONGRESSIONAL INCOMING.pdf |
| **Signed By:** | (b) (6) [redacted] |

Do you have a couple minutes to discuss this?

Mark
(b) (6) [redacted]

---

**From:** OSD Pentagon OATSD PCLT Mailbox CATMS Group Box (b) (6) [redacted]
**Sent:** Friday, October 20, 2023 10:06 AM
**To:** Dupont, Mark D SES OSD OATSD (PCLT) (USA) (b) (6) [redacted]; (b) (6) [redacted] CIV OSD OATSD (PCLT) (USA) (b) (6) [redacted]
**Cc:** Chung, Joo Y SES OSD OATSD (PCLT) (USA) (b) (6) [redacted]; (b) (6) [redacted] CIV OSD OATSD (PCLT) (USA) (b) (6) [redacted]; (b) (6) [redacted] CTR OSD OATSD (PCLT) (USA) (b) (6) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD\(b) (6) [redacted] | SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

ALCON,

We just received this congressional tasker via CATMS for our prompt response. (b) (6) [redacted] (b) (5) [redacted]

V/r,

(b) (6) [redacted]
Executive Assistant
Office of the Assistant to the Secretary of Defense
for Privacy, Civil Liberties, and Transparency
Department of Defense
Phone: (b) (6) [redacted]
E-mail: (b) (6) [redacted]

---

**From:** Admin, CATMS (b) (6) [redacted]
**Sent:** Friday, October 20, 2023 9:58 AM
**To:** OSD Pentagon OATSD PCLT Mailbox CATMS Group Box (b) (6) [redacted]
**Cc:** OSD Pentagon OASD LA Mailbox Coordinations (b) (6) [redacted]
**Subject:** Tasker(s) Assigned by CMD (b) (6) [redacted] | SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

Either a new Tasker has been assigned to you or an existing Tasker assignment has been updated with additional information. Click the appropriate link to your assignment in either the OPR or OCR list below to access your copy of the Tasker.

Priority: Normal
Category: General
Action: None

Subject: INVESTIGATION STATUS UPDATE
Task Initiator: CMD
Response Type: RD-Reply Direct
Suspense: 11/2/2023

OPR: PCT
OPR Suspense: 11/2/2023
OPR Instructions:
CATMS Package ID: OSD008600-23 | Action ID: CMD011453-23
Action Request Type: Congressional Incoming

"REQUIRED COORDS: (b) (5) [redacted]

For Release: No
For Response: No

OCRs: N/A
OCR Suspense: 11/2/2023
OCR Instructions:
N/A

Info Copies: (b) (5) [redacted]

Original Instructions:
CATMS Package ID: OSD008600-23 | Action ID: CMD011453-23
Action Request Type: Congressional Incoming

"REQUIRED COORDS: (b) (5) [redacted]

TMT Home

**From:** (b) (6) [redacted] (b) (6) [redacted]
**Sent:** Tuesday, October 17, 2023 8:55 AM
**To:** OSD Pentagon OASD LA Mailbox Constituent Inquiries (b) (6) [redacted]
**Subject:** Whistleblower Reprisal Investigation

Good morning,

On July 26, 2023, the House Oversight and Accountability Subcommittee on National Security, the Border, and Foreign Affairs held a hearing on Unidentified Anomalous Phenomena (UAPs). During the hearing, Air Force veteran and former intelligence officer, Mr. David Grusch, testified he faced retaliation for his decision to be a whistleblower through the PPD-19 process with ICIG. There is an ongoing whistleblower reprisal investigation on Mr. Grusch's behalf with DoD IG Whistleblower Reprisal Investigations (WRI). Since the hearing, it has come to Rep. Burchett's (TN-02) attention of the existence of a June 2023 Unauthorized Disclosure Complaint filed with your office, ATSD(IO), by an individual or organization within the United States Air Force (USAF). Rep. Burchett would like to verify the existence and disposition

of the USAF complaint and any other complaints that may have been filed against Mr. Grusch by other parties. Furthermore, has your office provided this information to the DoD IG WRI staff for evaluation? Please let me know if you have any questions, and he would appreciate a prompt response. Thank you!

Respectfully,

(b) (6) [redacted]
Legislative Assistant | Rep. Tim Burchett (TN-02)
1122 Longworth House Office Building
(b) (6) [redacted]
Facebook | Twitter | Instagram | Website

***Sign up to receive Rep. Burchett's e-newsletter here!***

**(b) (6) [redacted] CIV OSD OATSD (PCLT) (USA)**

| | |
|---|---|
| **From:** | Dupont, Mark D SES OSD OATSD (PCLT) (USA) |
| **Sent:** | Thursday, October 26, 2023 8:21 AM |
| **To:** | Kozik, David A SES OSD OUSD INTEL & SEC (USA) |
| **Subject:** | FW: Tasker(s) Assigned by CMD (b) (6) [redacted] \| SUSP 11/2/2023 \| CATMS-191023-B2HM \| INVESTIGATION STATUS UPDATE |
| **Attachments:** | OSD008600-23 CONGRESSIONAL INCOMING.pdf; 23 10 20 Congressional Inquiry Response - Rep Burchett - Grusch.docx |
| **Signed By:** | (b) (6) [redacted] |

DK,

Any chance you could (b) (5) [redacted] I would like to get a final draft to my boss tomorrow morning.

If you've got too much going on, no worries.

Thanks!

Mark

---

**From:** Dupont, Mark D SES OSD OATSD (PCLT) (USA)
**Sent:** Friday, October 20, 2023 2:38 PM
**To:** Kozik, David A SES OSD OUSD INTEL & SEC (USA) (b) (6) [redacted] (b) (6) [redacted] CIV (USA) (b) (6) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD\ (b) (6) [redacted] | SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

DK or (b) (6) [redacted]

FYSA, we received the attached inquiry via CATMS. According to his email, (b) (6) (b) (5) [redacted]

Mark

---

**From:** OSD Pentagon OATSD PCLT Mailbox CATMS Group Box (b) (6) [redacted]
**Sent:** Friday, October 20, 2023 10:06 AM
**To:** Dupont, Mark D SES OSD OATSD (PCLT) (USA) (b) (6) [redacted]; (b) (6) [redacted] CIV OSD OATSD (PCLT) (USA) (b) (6) [redacted]
**Cc:** Chung, Joo Y SES OSD OATSD (PCLT) (USA) (b) (6) [redacted]; (b) (6) [redacted] CIV OSD OATSD (PCLT) (USA) (b) (6) [redacted]; (b) (6) [redacted] CTR OSD OATSD (PCLT) (USA) (b) (6) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD (b) (6) [redacted] | SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

ALCON,

We just received this congressional tasker via CATMS for our prompt response. (b) (6) (b) (5) [redacted]

V/r,

(b) (6) [redacted]
Executive Assistant
Office of the Assistant to the Secretary of Defense
for Privacy, Civil Liberties, and Transparency
Department of Defense
Phone: (b) (6) [redacted]
E-mail: (b) (6) [redacted]

---

**From:** Admin, CATMS (b) (6) [redacted]
**Sent:** Friday, October 20, 2023 9:58 AM
**To:** OSD Pentagon OATSD PCLT Mailbox CATMS Group Box (b) (6) [redacted]
**Cc:** OSD Pentagon OASD LA Mailbox Coordinations (b) (6) [redacted]
**Subject:** Tasker(s) Assigned by CMD\(b) (6) [redacted] | SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

Either a new Tasker has been assigned to you or an existing Tasker assignment has been updated with additional information. Click the appropriate link to your assignment in either the OPR or OCR list below to access your copy of the Tasker.

Priority: Normal
Category: General
Action: None

Subject: INVESTIGATION STATUS UPDATE
Task Initiator: CMD
Response Type: RD-Reply Direct
Suspense: 11/2/2023

OPR: PCT
OPR Suspense: 11/2/2023
OPR Instructions:
CATMS Package ID: OSD008600-23 | Action ID: CMD011453-23
Action Request Type: Congressional Incoming

"REQUIRED COORDS: (b) (5) [redacted]

For Release: No
For Response: No

OCRs: N/A
OCR Suspense: 11/2/2023
OCR Instructions:
N/A

Info Copies: (b) (5) [redacted]

Original Instructions:

CATMS Package ID: OSD008600-23 | Action ID: CMD011453-23
Action Request Type: Congressional Incoming

"REQUIRED COORDS: [redacted] (b) (5)

TMT Home

**From:** (b) (6) [redacted] (b) (6) [redacted]
**Sent:** Tuesday, October 17, 2023 8:55 AM
**To:** OSD Pentagon OASD LA Mailbox Constituent Inquiries (b) (6) [redacted]
**Subject:** Whistleblower Reprisal Investigation

Good morning,

On July 26, 2023, the House Oversight and Accountability Subcommittee on National Security, the Border, and Foreign Affairs held a hearing on Unidentified Anomalous Phenomena (UAPs). During the hearing, Air Force veteran and former intelligence officer, Mr. David Grusch, testified he faced retaliation for his decision to be a whistleblower through the PPD-19 process with ICIG. There is an ongoing whistleblower reprisal investigation on Mr. Grusch's behalf with DoD IG Whistleblower Reprisal Investigations (WRI). Since the hearing, it has come to Rep. Burchett's (TN-02) attention of the existence of a June 2023 Unauthorized Disclosure Complaint filed with your office, ATSD(IO), by an individual or organization within the United States Air Force (USAF). Rep. Burchett would like to verify the existence and disposition



DoW_1:26cv607_014

OSD008600-23/CMD011453-23

of the USAF complaint and any other complaints that may have been filed against Mr. Grusch by other parties. Furthermore, has your office provided this information to the DoD IG WRI staff for evaluation? Please let me know if you have any questions, and he would appreciate a prompt response. Thank you!

Respectfully,

(b) (6) [redacted]
Legislative Assistant | Rep. Tim Burchett (TN-02)
1122 Longworth House Office Building
(b) (6) [redacted]
Facebook | Twitter | Instagram | Website

***Sign up to receive Rep. Burchett's e-newsletter here!***

(b)(5)

[redacted]

**(b) (6) [redacted] CIV OSD OATSD (PCLT) (USA)**

| | |
|---|---|
| **From:** | Dupont, Mark D SES OSD OATSD (PCLT) (USA) |
| **Sent:** | Thursday, October 26, 2023 1:50 PM |
| **To:** | [redacted] CIV OSD OATSD (PCLT) (USA) |
| **Subject:** | FW: Tasker(s) Assigned by CMD [redacted] SUSP 11/2/2023 \| CATMS-191023-B2HM \| INVESTIGATION STATUS UPDATE |
| **Attachments:** | OSD008600-23 CONGRESSIONAL INCOMING.pdf; 23 10 26 Congressional Inquiry Response - Rep Burchett - Grusch.docx |
| **Signed By:** | (b) (6) [redacted] |
| **Importance:** | High |

(b) (6) [redacted]

Would you please (b) (5) [redacted]

Mark

---

**From:** Dupont, Mark D SES OSD OATSD (PCLT) (USA)
**Sent:** Thursday, October 26, 2023 8:21 AM
**To:** Kozik, David A SES OSD OUSD INTEL & SEC (USA) (b) (6) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD\ (b) (6) [redacted] SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

DK,

Any chance you could (b) (5) [redacted] I would like to get a final draft to my boss tomorrow morning.

If you've got too much going on, no worries.

Thanks!

Mark

---

**From:** Dupont, Mark D SES OSD OATSD (PCLT) (USA)
**Sent:** Friday, October 20, 2023 2:38 PM
**To:** Kozik, David A SES OSD OUSD INTEL & SEC (USA) (b) (6) [redacted]; (b) (6) [redacted] CIV (USA) (b) (6) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD\ (b) (6) [redacted] | SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

DK or (b) (6) [redacted]

FYSA, we received the attached inquiry via CATMS. According to his email, (b) [redacted] is out of the office. Any chance I could (b) (5) [redacted]

Mark

**From:** OSD Pentagon OATSD PCLT Mailbox CATMS Group Box (b) (6) [redacted]
**Sent:** Friday, October 20, 2023 10:06 AM
**To:** Dupont, Mark D SES OSD OATSD (PCLT) (USA) (b) (6) [redacted]; (b) (6) [redacted] CIV OSD OATSD (PCLT) (USA) (b) (6) [redacted]
**Cc:** Chung, Joo Y SES OSD OATSD (PCLT) (USA) (b) (6) [redacted]; (b) (6) [redacted] CIV OSD OATSD (PCLT) (USA) (b) (6) [redacted] (b) (6) [redacted] CTR OSD OATSD (PCLT) (USA) (b) (6) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD\(b) (6) [redacted] | SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

ALCON,

We just received this congressional tasker via CATMS for our prompt response. (b) (6) [redacted] may you schedule something for us on the calendar today to discuss how we would like to proceed in responding to Congress?

V/r,

(b) (6) [redacted]
Executive Assistant
Office of the Assistant to the Secretary of Defense
for Privacy, Civil Liberties, and Transparency
Department of Defense
Phone: (b) (6) [redacted]
E-mail: (b) (6) [redacted]

---

**From:** Admin, CATMS (b) (6) [redacted]
**Sent:** Friday, October 20, 2023 9:58 AM
**To:** OSD Pentagon OATSD PCLT Mailbox CATMS Group Box (b) (6) [redacted]
**Cc:** OSD Pentagon OASD LA Mailbox Coordinations (b) (6) [redacted]
**Subject:** Tasker(s) Assigned by CMD\(b) (6) [redacted] | SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

Either a new Tasker has been assigned to you or an existing Tasker assignment has been updated with additional information. Click the appropriate link to your assignment in either the OPR or OCR list below to access your copy of the Tasker.

Priority: Normal
Category: General
Action: None

Subject: INVESTIGATION STATUS UPDATE
Task Initiator: CMD
Response Type: RD-Reply Direct
Suspense: 11/2/2023

OPR: PCT
OPR Suspense: 11/2/2023
OPR Instructions:
CATMS Package ID: OSD008600-23 | Action ID: CMD011453-23
Action Request Type: Congressional Incoming

"REQUIRED COORDS: [redacted]

For Release: No
For Response: No

OCRs: N/A
OCR Suspense: 11/2/2023
OCR Instructions:
N/A

Info Copies: [redacted]

Original Instructions:
CATMS Package ID: OSD008600-23 | Action ID: CMD011453-23
Action Request Type: Congressional Incoming

"REQUIRED COORDS: [redacted]

TMT Home

**From:** (b) (6) [redacted] (b) (6) [redacted]
**Sent:** Tuesday, October 17, 2023 8:55 AM
**To:** OSD Pentagon OASD LA Mailbox Constituent Inquiries (b) (6) [redacted]
**Subject:** Whistleblower Reprisal Investigation

Good morning,

On July 26, 2023, the House Oversight and Accountability Subcommittee on National Security, the Border, and Foreign Affairs held a hearing on Unidentified Anomalous Phenomena (UAPs). During the hearing, Air Force veteran and former intelligence officer, Mr. David Grusch, testified he faced retaliation for his decision to be a whistleblower through the PPD-19 process with ICIG. There is an ongoing whistleblower reprisal investigation on Mr. Grusch's behalf with DoD IG Whistleblower Reprisal Investigations (WRI). Since the hearing, it has come to Rep. Burchett's (TN-02) attention of the existence of a June 2023 Unauthorized Disclosure Complaint filed with your office, ATSD(IO), by an individual or organization within the United States Air Force (USAF). Rep. Burchett would like to verify the existence and disposition

of the USAF complaint and any other complaints that may have been filed against Mr. Grusch by other parties. Furthermore, has your office provided this information to the DoD IG WRI staff for evaluation? Please let me know if you have any questions, and he would appreciate a prompt response. Thank you!

Respectfully,

(b) (6) [redacted]
Legislative Assistant | Rep. Tim Burchett (TN-02)
1122 Longworth House Office Building
(b) (6) [redacted]
Facebook | Twitter | Instagram | Website

***Sign up to receive Rep. Burchett's e-newsletter here!***

(b)(5)

[redacted]

**[redacted] CIV OSD OATSD (PCLT) (USA)**

| | |
|---|---|
| **From:** | Dupont, Mark D SES OSD OATSD (PCLT) (USA) |
| **Sent:** | Thursday, October 26, 2023 2:41 PM |
| **To:** | Bray, Kenneth E SES USAF AF-A2 (USA) |
| **Cc:** | [redacted] Maj USAF 14 AF (USA) |
| **Subject:** | FW: Tasker(s) Assigned by CMD [redacted] SUSP 11/2/2023 \| CATMS-191023-B2HM \| INVESTIGATION STATUS UPDATE |
| **Attachments:** | OSD008600-23 CONGRESSIONAL INCOMING.pdf; 23 10 26 Congressional Inquiry Response - Rep Burchett - Grusch.docx |
| **Signed By:** | [redacted] |
| **Importance:** | High |

Ken,

[redacted] the attached Word document. It is a proposed response to a Congressional Inquiry (attached) in which Mr. Grusch raises concerns that Air Force filed a complaint with my office.

If you have any proposed edits or want to talk, I am at [redacted]. I will [redacted]

Thanks!

Mark

---

**From:** Dupont, Mark D SES OSD OATSD (PCLT) (USA)
**Sent:** Thursday, October 26, 2023 1:50 PM
**To:** [redacted] CIV OSD OATSD (PCLT) (USA) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD [redacted] | SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE
**Importance:** High

[redacted]

Would you please [redacted]

Mark

---

**From:** Dupont, Mark D SES OSD OATSD (PCLT) (USA)
**Sent:** Thursday, October 26, 2023 8:21 AM
**To:** Kozik, David A SES OSD OUSD INTEL & SEC (USA) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD [redacted] SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

DK,

Any chance you could [redacted] I would like to get a final draft to my boss tomorrow morning.

If you've got too much going on, no worries.

Thanks!

Mark

---

**From:** Dupont, Mark D SES OSD OATSD (PCLT) (USA)
**Sent:** Friday, October 20, 2023 2:38 PM
**To:** Kozik, David A SES OSD OUSD INTEL & SEC (USA) (b) (6) [redacted]; (b) (6) [redacted] CIV (USA) (b) (6) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD (b) (6) [redacted] SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

DK or (b) (6) [redacted]

FYSA, we received the attached inquiry via CATMS. According to his email, (b) [redacted] is out of the office. Any chance I could (b) (5) [redacted]

Mark

---

**From:** OSD Pentagon OATSD PCLT Mailbox CATMS Group Box (b) (6) [redacted]
**Sent:** Friday, October 20, 2023 10:06 AM
**To:** Dupont, Mark D SES OSD OATSD (PCLT) (USA) (b) (6) [redacted]; (b) (6) [redacted] CIV OSD OATSD (PCLT) (USA) [redacted]
**Cc:** Chung, Joo Y SES OSD OATSD (PCLT) (USA) (b) (6) [redacted] (b) (6) [redacted] CIV OSD OATSD (PCLT) (USA) (b) (6) [redacted]; (b) (6) [redacted] CTR OSD OATSD (PCLT) (USA) (b) (6) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD (b) (6) [redacted] | SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

ALCON,

We just received this congressional tasker via CATMS for our prompt response. (b) (6) [redacted] (b) (5) [redacted]

V/r,

(b) (6) [redacted]
Executive Assistant
Office of the Assistant to the Secretary of Defense
for Privacy, Civil Liberties, and Transparency
Department of Defense
Phone: (b) (6) [redacted]
E-mail: (b) (6) [redacted]

---

**From:** Admin, CATMS (b) (6) [redacted]
**Sent:** Friday, October 20, 2023 9:58 AM
**To:** OSD Pentagon OATSD PCLT Mailbox CATMS Group Box (b) (6) [redacted]
**Cc:** OSD Pentagon OASD LA Mailbox Coordinations (b) (6) [redacted]

**Subject:** Tasker(s) Assigned by CMD\(b) (6) [redacted] SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

Either a new Tasker has been assigned to you or an existing Tasker assignment has been updated with additional information. Click the appropriate link to your assignment in either the OPR or OCR list below to access your copy of the Tasker.

Priority: Normal
Category: General
Action: None

Subject: INVESTIGATION STATUS UPDATE
Task Initiator: CMD
Response Type: RD-Reply Direct
Suspense: 11/2/2023

OPR: PCT
OPR Suspense: 11/2/2023
OPR Instructions:
CATMS Package ID: OSD008600-23 | Action ID: CMD011453-23
Action Request Type: Congressional Incoming

"REQUIRED COORDS: (b) (5) [redacted]

For Release: No
For Response: No

OCRs: N/A
OCR Suspense: 11/2/2023
OCR Instructions:
N/A

Info Copies: (b) (5) [redacted]

Original Instructions:
CATMS Package ID: OSD008600-23 | Action ID: CMD011453-23
Action Request Type: Congressional Incoming

"REQUIRED COORDS: (b) (5) [redacted]

TMT Home

**From:** (b) (6) [redacted] (b) (6) [redacted]
**Sent:** Tuesday, October 17, 2023 8:55 AM
**To:** OSD Pentagon OASD LA Mailbox Constituent Inquiries (b) (6) [redacted]
**Subject:** Whistleblower Reprisal Investigation

Good morning,

On July 26, 2023, the House Oversight and Accountability Subcommittee on National Security, the Border, and Foreign Affairs held a hearing on Unidentified Anomalous Phenomena (UAPs). During the hearing, Air Force veteran and former intelligence officer, Mr. David Grusch, testified he faced retaliation for his decision to be a whistleblower through the PPD-19 process with ICIG. There is an ongoing whistleblower reprisal investigation on Mr. Grusch's behalf with DoD IG Whistleblower Reprisal Investigations (WRI). Since the hearing, it has come to Rep. Burchett's (TN-02) attention of the existence of a June 2023 Unauthorized Disclosure Complaint filed with your office, ATSD(IO), by an individual or organization within the United States Air Force (USAF). Rep. Burchett would like to verify the existence and disposition

of the USAF complaint and any other complaints that may have been filed against Mr. Grusch by other parties. Furthermore, has your office provided this information to the DoD IG WRI staff for evaluation? Please let me know if you have any questions, and he would appreciate a prompt response. Thank you!

Respectfully,

(b) (6) [redacted]
Legislative Assistant | Rep. Tim Burchett (TN-02)
1122 Longworth House Office Building
(b) (6) [redacted]
Facebook | Twitter | Instagram | Website

***Sign up to receive Rep. Burchett's e-newsletter here!***

(b)(5)

[redacted]

**(b) (6) [redacted] CIV OSD OATSD (PCLT) (USA)**

| | |
|---|---|
| **From:** | Dupont, Mark D SES OSD OATSD (PCLT) (USA) |
| **Sent:** | Friday, October 27, 2023 3:04 PM |
| **To:** | (b) (6) [redacted] CTR OSD OATSD (PCLT) (USA) |
| **Cc:** | (b) (6) [redacted] CTR OSD OATSD (PCLT) (USA) |
| **Subject:** | FW: Tasker(s) Assigned by CMD\(b) (6) [redacted] \| SUSP 11/2/2023 \| CATMS-191023-B2HM \| INVESTIGATION STATUS UPDATE |
| **Attachments:** | OSD008600-23 CONGRESSIONAL INCOMING.pdf; 23 10 27 Congressional Inquiry Response - Rep Burchett - Grusch.docx |
| **Signed By:** | (b) (6) [redacted] |
| **Importance:** | High |

(b) (6) [redacted]

Do you want me to (b) (5) [redacted]

Mark

---

**From:** Dupont, Mark D SES OSD OATSD (PCLT) (USA)
**Sent:** Friday, October 27, 2023 3:02 PM
**To:** Chung, Joo Y SES OSD OATSD (PCLT) (USA) (b) (6) [redacted]
**Cc:** (b) (6) [redacted] CTR OSD OATSD (PCLT) (USA) (b) (6) [redacted] (b) (6) [redacted] CTR OSD OATSD (PCLT) (USA) (b) (6) [redacted]
**Subject:** Tasker(s) Assigned by CMD\(b) (6) [redacted] SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE
**Importance:** High

Ma'am,

The attached Word document is a draft response to the email Congressional Inquiry (attached pdf). Once you are okay (b) (5), (b) (6) [redacted]

Mark

---

**From:** BRAY, KENNETH E IE-00 US Air Force HAF AF/A2 (b) (6) [redacted]
**Sent:** Thursday, October 26, 2023 3:08 PM
**To:** Dupont, Mark D SES OSD OATSD (PCLT) (USA) (b) (6) [redacted]
**Cc:** (b) (6) [redacted] (b) (6) [redacted] Maj USAF 14 AF (USA) (b) (6) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD (b) (6) [redacted] SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE
**Importance:** High

Mark,

(b)(5), (b) (6) [redacted]

(b)(5) [redacted]

Hope this helps – Ken

---

**From:** Dupont, Mark D SES OSD OATSD (PCLT) (USA) (b) (6) [redacted]
**Sent:** Thursday, October 26, 2023 2:41 PM
**To:** BRAY, KENNETH E IE-00 US Air Force HAF AF/A2 (b) (6) [redacted]
**Cc:** (b) (6) [redacted] Maj USAF HAF AF/A2/6E (b) (6) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD\(b) (6) [redacted] SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE
**Importance:** High

Ken,

(b) (5) [redacted] the attached Word document. It is a proposed response to a Congressional Inquiry (attached) in which Mr. Grusch raises concerns that Air Force filed a complaint with my office.

If you have any proposed edits or want to talk, I am at (b) (6) [redacted] I will (b) (5) [redacted]

Thanks!

Mark

---

**From:** Dupont, Mark D SES OSD OATSD (PCLT) (USA)
**Sent:** Thursday, October 26, 2023 1:50 PM
**To:** (b) (6) [redacted] CIV OSD OATSD (PCLT) (USA) (b) (6) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD (b) (6) [redacted] | SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE
**Importance:** High

(b) (6) [redacted]

Would you please (b) (5) [redacted]

Mark

---

**From:** Dupont, Mark D SES OSD OATSD (PCLT) (USA)
**Sent:** Thursday, October 26, 2023 8:21 AM
**To:** Kozik, David A SES OSD OUSD INTEL & SEC (USA) (b) (6) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD (b) (6) [redacted] SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

DK,

Any chance you could (b) (5) [redacted] I would like to get a final draft to my boss tomorrow morning.

If you've got too much going on, no worries.

Thanks!

Mark

---

**From:** Dupont, Mark D SES OSD OATSD (PCLT) (USA)
**Sent:** Friday, October 20, 2023 2:38 PM
**To:** Kozik, David A SES OSD OUSD INTEL & SEC (USA) [redacted] [redacted] CIV (USA) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD [redacted] SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

DK or [redacted]

FYSA, we received the attached inquiry via CATMS. According to his email, [redacted] is out of the office. Any chance I could [redacted]

Mark

---

**From:** OSD Pentagon OATSD PCLT Mailbox CATMS Group Box [redacted]
**Sent:** Friday, October 20, 2023 10:06 AM
**To:** Dupont, Mark D SES OSD OATSD (PCLT) (USA) [redacted] [redacted] CIV OSD OATSD (PCLT) (USA) [redacted]
**Cc:** Chung, Joo Y SES OSD OATSD (PCLT) (USA) [redacted] [redacted] CIV OSD OATSD (PCLT) (USA) [redacted] [redacted] CTR OSD OATSD (PCLT) (USA) [redacted]
**Subject:** FW: Tasker(s) Assigned by CMD\[redacted] | SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

ALCON,

We just received this congressional tasker via CATMS for our prompt response. [redacted]

V/r,

[redacted]
Executive Assistant
Office of the Assistant to the Secretary of Defense
for Privacy, Civil Liberties, and Transparency
Department of Defense
Phone: [redacted]
E-mail: [redacted]

---

**From:** Admin, CATMS [redacted]
**Sent:** Friday, October 20, 2023 9:58 AM
**To:** OSD Pentagon OATSD PCLT Mailbox CATMS Group Box [redacted]
**Cc:** OSD Pentagon OASD LA Mailbox Coordinations [redacted]
**Subject:** Tasker(s) Assigned by CMD\Hodo, Diamond | SUSP 11/2/2023 | CATMS-191023-B2HM | INVESTIGATION STATUS UPDATE

Either a new Tasker has been assigned to you or an existing Tasker assignment has been updated with additional information. Click the appropriate link to your assignment in either the OPR or OCR list below to access your copy of the Tasker.

Priority: Normal
Category: General
Action: None

Subject: INVESTIGATION STATUS UPDATE
Task Initiator: CMD
Response Type: RD-Reply Direct
Suspense: 11/2/2023

OPR: PCT
OPR Suspense: 11/2/2023
OPR Instructions:
CATMS Package ID: OSD008600-23 | Action ID: CMD011453-23
Action Request Type: Congressional Incoming

"REQUIRED COORDS: (b) (5) [redacted]

For Release: No
For Response: No

OCRs: N/A
OCR Suspense: 11/2/2023
OCR Instructions:
N/A

Info Copies: (b) (5) [redacted]

Original Instructions:
CATMS Package ID: OSD008600-23 | Action ID: CMD011453-23
Action Request Type: Congressional Incoming

"REQUIRED COORDS: (b) (5) [redacted]

TMT Home

**From:** (b) (4) [redacted] (b) (6) [redacted]
**Sent:** Tuesday, October 17, 2023 8:55 AM
**To:** OSD Pentagon OASD LA Mailbox Constituent Inquiries (b) (6) [redacted]
**Subject:** Whistleblower Reprisal Investigation

Good morning,

On July 26, 2023, the House Oversight and Accountability Subcommittee on National Security, the Border, and Foreign Affairs held a hearing on Unidentified Anomalous Phenomena (UAPs). During the hearing, Air Force veteran and former intelligence officer, Mr. David Grusch, testified he faced retaliation for his decision to be a whistleblower through the PPD-19 process with ICIG. There is an ongoing whistleblower reprisal investigation on Mr. Grusch's behalf with DoD IG Whistleblower Reprisal Investigations (WRI). Since the hearing, it has come to Rep. Burchett's (TN-02) attention of the existence of a June 2023 Unauthorized Disclosure Complaint filed with your office, ATSD(IO), by an individual or organization within the United States Air Force (USAF). Rep. Burchett would like to verify the existence and disposition

of the USAF complaint and any other complaints that may have been filed against Mr. Grusch by other parties. Furthermore, has your office provided this information to the DoD IG WRI staff for evaluation? Please let me know if you have any questions, and he would appreciate a prompt response. Thank you!

Respectfully,

(b) (6) [redacted]
Legislative Assistant | Rep. Tim Burchett (TN-02)
1122 Longworth House Office Building
(b) (6) [redacted]
Facebook | Twitter | Instagram | Website

***Sign up to receive Rep. Burchett's e-newsletter here!***

(b)(5)

[redacted]

**OFFICE OF THE ASSISTANT TO THE SECRETARY OF DEFENSE FOR PRIVACY, CIVIL LIBERTIES, AND TRANSPARENCY**
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

November 1, 2023

The Honorable Timothy Burchett
U.S. House of Representatives
Washington, DC 20515

Dear Representative Burchett:

Thank you for your email inquiry dated October 17, 2023, pertaining to a concern raised by Mr. David Grusch.

As your email indicates, in the summer of 2023, an Intelligence Oversight (IO) Officer in the Intelligence Oversight Directorate (IOD), Office of the Assistant to the Secretary of Defense for Privacy, Civil Liberties, and Transparency (OATSD(PCLT)) received a telephone call from an IO Officer in the U.S. Air Force. During the brief telephone conversation, the Air Force IO Officer informed IOD that the Air Force had received preliminary information that raised concerns about a possible unauthorized disclosure of classified information. The IO Officer noted the preliminary nature of the information and informed IOD that the Air Force was coordinating with other Air Force offices to gain a better understanding of the surrounding facts and circumstances before determining whether the facts triggered any mandatory reporting requirements or follow-on actions. Due to the preliminary nature of the information, the IO Officer requested that IOD not take any actions until more information was available. The IO Officer subsequently contacted IOD and informed IOD that the information in question had been properly coordinated so there was no unauthorized disclosure, and no follow-on action was necessary.

At no point did anyone from the Air Force file a complaint with IOD and IOD took no actions with respect to these conversations.

As a matter of course, IOD routinely coordinates with representatives of Defense Intelligence Components on a wide array of potential allegations arising from or during the conduct of intelligence activities. Many of the allegations turn out to be inaccurate or unsubstantiated, resulting in no follow-on action. While this process results in preliminary notification of a higher number of reports, proactive reporting and communication promotes healthy dialogue and is a critical means of providing appropriate visibility early in an inquiry process.

Sincerely,

DUPONT.MARK.DENNIS.(b) (6) [redacted]
Digitally signed by DUPONT.MARK.DENNIS.(b) (6) [redacted]
Date: 2023.11.02 11:58:06 -04'00'

Mark D. Dupont
Principal Deputy and
Senior Intelligence Oversight Official

**EXHIBIT**

**1**