**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

DAVID CHARLES GRUSCH,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF DEFENSE,

Defendant.

No. 1:26-cv-607 (LMB/WEF)

## [Proposed] ORDER

This matter comes before the Court on Defendant's Consent Motion to Extend the Remaining Deadlines in the Summary Judgment Briefing Schedule. Upon consideration thereof and for good cause shown, it is hereby:

ORDERED that Defendant's Motion to Extend the Remaining Deadlines in the Summary Judgment Briefing Schedule is GRANTED; it is further

ORDERED that Defendant shall file its reply brief and any combined opposition to Plaintiff's cross-motion for summary judgment on or before October 30, 2026; and it is further

ORDERED Plaintiff shall file any reply brief in support of his motion for summary judgment on or before November 13, 2026.

It is so ORDERED.

Dated: ________________________