# *** CIVIL MOTION MINUTES ***

Date: 11/20/2026

Before the Honorable: **LEONIE M. BRINKEMA**

Time: 10:28 – 10:38 (00:10)

Case No.: **1:26-cv-00607-LMB-WEF**

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Kate Galluzzo

---

# GRUSCH

v.

# UNITD STATES DEPARTMENT OF DEFENSE

---

Appearances of Counsel for:

[ X ] Plaintiff: Huntington Willis, Basil Al-Qanah, Anthony Shin
[ X ] Defendant: Matthew Mezger

**Re:** [ 30 ] MOTION for Summary Judgment **– GRANTED**
[ 33 ] MOTION for Summary Judgment – **DENIED**

Argued and:

[ X ] Order to Follow