IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| DAVID CHARLES GRUSCH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendant. | ) | 1:26-cv-607 (LMB/WEF) |

ORDER

For the reasons stated in open court, and for good cause shown, it is hereby

ORDERED that defendant United States Department of Defense's Motion for Summary Judgment, [Dkt. No. 30], be and is GRANTED; and it is further

ORDERED that plaintiff David Charles Grusch's Motion for Summary Judgment, [Dkt. No. 33], be and is DENIED.

The Clerk is directed to enter judgment in defendant's favor under Rule 58, forward copies of this Order to counsel of record, and close this civil action.

Entered this 20th day of November, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge