**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| David Charles Grusch | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-607 |
| | ) | |
| | ) | |
| United States Department of Defense | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

Pursuant to the order of this Court entered on November 20, 2026 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant, United States Department of Defense and against the Plaintiff, David Charles Grusch.

LAURA G. GRIFFIN, CLERK OF COURT

By:____________/s/____________
Jessika Arbaiza
Deputy Clerk

Dated: 11/20/2026
Alexandria, Virginia